**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2333**

AUTUMN VIRGINIA KARAS,

            Plaintiff - Appellant,

      v.

SOUTHERN KIA-GREENBRIER,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:19-cv-00489-RAJ-RJK)

Submitted: March 10, 2020                    Decided: March 12, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Autumn Virginia Karas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Autumn Virginia Karas appeals the district court's order dismissing her complaint without prejudice for failure to comply with the court's order directing her to pay the filing fee. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Karas' informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*